## Case No. 13,641.

### SUTHERLAND v. KELLOGG.

[The case reported under above title in 3 Chi. Leg. News, 73, and 12 Int. Rev. Rec. 211, is the same as Case No. 13,636.]